DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.P.B.,** the father,
Appellant,

v.

**E.C.,** Non-relative adoptive parent, and **M.N.,**
Appellees.

No. 4D21-1709

[March 17, 2022]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case Nos. FCME 19-7597 and FMCE 19-7899.

Kenneth M. Kaplan of Law Offices of Kenneth M. Kaplan, Miami, for appellant.

Jay M. Levy of Jay M. Levy, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***